IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: )
)
JERRY HAGLER, )
)
    PLAINTIFF, )
)
vs. ) CASE NO: 1:07cv365-WKW
)
PALISADES COLLECTION, LLC., ) **JURY DEMAND**
)
    DEFENDANT. )

RECEIVED 2007 APR 30 A 9:34 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

## COMPLAINT

### I. INTRODUCTION

1. This is a Complaint for damages, for actual and statutory damages, brought by the Plaintiff, Jerry Hagler, against the Defendant, Palisades Collection, LLC., for Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq (hereinafter, "FDCPA").

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337.

3. Venue in this district is proper in that the Defendant regularly transacts business here and the conduct complained of occurred here.

### III. PARTIES

4. Plaintiff, Jerry Hagler, is a natural person residing in Houston County, Alabama.

5. Defendant, Palisades Collection, LLC. (hereinafter "Palisades"), is a Delaware Limited Liability Company with its principal place of business located at 210 Sylvan Avenue, Englewood Cliffs, New Jersey 07632. Defendant, Palisades is a debt collector as defined by the FDCPA. 15 U.S.C. 1692a(6).

## IV. FACTUAL ALLEGATIONS

6. On December 17, 2002, the Plaintiff received an offer of settlement from the alleged creditor, to-wit: Household Bank.

7. On February 19, 2003, the Plaintiff submitted a dispute letter to the alleged creditor, Household Bank.

8. On January 23, 2003, the Plaintiff received a debt collection letter from United Recovery Systems regarding the alleged Household Bank account.

9. On February 12, 2003, the Plaintiff submitted, by certified mail, a dispute letter to United Recovery Systems indicating that he did not owe the debt.

10. On May 14, 2003, the Plaintiff received a debt collection letter from the law offices of Weltman, Weinberg & Reis Co., L.P.A. (hereinafter, "Weltman, Weinberg & Reis") regarding the alleged creditor, to-wit: Household Bank.

11. On May 28, 2003, the Plaintiff submitted a dispute letter to Weltman, Weinberg & Reis disputing that he owed the debt.

12. On June 12, 2003, the Plaintiff once again received a debt collection letter from Weltman, Weinberg & Reis purporting to provide a copy of the account statements regarding the alleged creditor, Household Bank.

13. On June 25, 2003, the Plaintiff corresponded with the law firm of Weltman, Weinberg & Reis and once again disputed the debt and also disputed that the furnished documents validated or verified the debt.

14. On October 30, 2003, Weltman, Weinberg & Reis advised the Plaintiff that it was closing its collection file.

15. On June 23, 2006, the Plaintiff received a collection letter from the law offices of Wolpoff & Abramson, L.L.P. (hereinafter, "Wolpoff & Abramson") purporting to collect on behalf of Defendant, Palisades Collection, LLC, assignee of Household - Union Plus.

16. On July 3, 2006, the Plaintiff corresponded with Wolpoff & Abramson and indicated that the June 23, 2006 letter was the first contact he had received regarding the Defendant. He also advised Wolpoff & Abramson to cease all communication with him.

17. On July 25, 2006, the Plaintiff received a debt collection letter from the law offices of Zarzaur & Schwartz, P.C. (hereinafter, "Zarzaur & Schwartz") regarding a Palisades account. The collection letter also contained a "Statement Of Account" indicating that the payment of $15,363.56 was due immediately to Defendant, Palisades.

18. On July 29, 2006, the Plaintiff corresponded with Zarzaur & Shwartz and Defendant, Palisades, regarding the Zarzaur & Schwartz debt collection letter. The Plaintiff indicated that this was the first contact as between him and Zarzaur & Schwartz. The Plaintiff also disputed the validity of the debt and indicated that neither Zarzaur & Schwartz nor the Defendant may assume the debt valid. The Plaintiff requested verification of the debt, and disputed that he owed the debt.

19. On September 6, 2006, the Defendant submitted a debt collection letter to the Plaintiff. The debt collection letter addressed certain identity theft regarding the Household Bank account. The debt collection letter is attached hereto as Exhibit "A."

20. On September 15, 2006, the Plaintiff corresponded with the Defendant and once again disputed the validity of the debt. The Plaintiff once again asked for proof that he owed the debt and once again disputed that he was the victim of identity theft.

21. On January 3, 2007, Zarzaur & Schwartz provided an unintelligible one (1) page computer screen purportedly as proof that the Plaintiff owed the debt.

22. On January 14, 2007, the Plaintiff corresponded with Zarzaur & Schwartz and once again disputed the validity of the debt and requested verification.

23. On February 12, 2007, the Defendant commenced a lawsuit in the Circuit Court of Houston County, Alabama bearing case number CV 2007-93. A copy of the "Statement of Claim" is attached hereto as Exhibit "B."

24. The alleged debt in which Defendant, Palisades, commenced suit was originally owed to Household Bank.

25. The alleged debt was for personal, family, or household purposes.

26. There was no further documentation attached to the Statement of Claim.

27. The "Statement of Claim" alleged a consumer debt in the amount of $12,462.66 for a "ACCOUNT STATED."

28. The Household Bank account, which is the purported underlying debt to the Palisades Statement of Claim, originated beyond the expiration of the statute of limitations.

29. Defendant, Palisades, has steadfastly refused to verify the debt or provide documentation to the Plaintiff that he owes the debt.

30. Although the Plaintiff has constantly maintained that he does not owe this debt, the Defendant has undertaken a systematic harassment campaign against the Plaintiff without providing validation or verification of the alleged debt.

31. The Defendant, Palisades, by filing the collection lawsuit on February 12, 2007, against the Plaintiff, attempted to collect a debt known to be outside of the Alabama statute of limitations.

32. The Defendant purchased account number 5407070009511701 from Household Bank (hereinafter "the account").

33. At the time of purchase, the account was in default by three (3) years or more.

34. At the time of filing the Alabama collection action, the account was in default by four (4) years or more.

**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)**

35. Plaintiff, Jerry Hagler, adopts and incorporates paragraphs 1 through 34 as if fully set out herein.

36. The Defendant violated various provisions of the FDCPA, to-wit: 15 U.S.C. § 1692d, -e, & -f.

37. The Defendant's violation of the FDCPA renders it liable for damages, statutory damages, costs, and reasonable attorney fees. 15 U.S.C. § 1692k.

WHEREFORE, Plaintiff, Jerry Hagler, prays this Honorable Court enter judgment against the Defendant, Palisades Collection, LLC., for the following:

1) Actual damages;

2) Maximum statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k;

3) Costs and reasonable attorney fees; and,

4) For such other and further relief as may be just.

Respectfully submitted,

BROCK & STOUT

David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**EXHIBIT A**

87 S COMMERCE WAY  
SUITE 700  
BETHLEHEM PA 18017

866-230-8094   610-758-9781 (Fax)

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10 L-FRL A-4351705  
#43517051# P06BUT00200180 I01434  
HAGLER,JERRY B  
407 GWALTNEY DR  
DOTHAN AL 36303-2740

PALISADES COLLECTION, L.L.C.  
87 S COMMERCE WAY  
SUITE 700  
BETHLEHEM PA 18017

September 6, 2006

| Account # : | Debtor # : |
|---|---|
| 5407070009511701 | 4351705 |

✂ Detach Upper Portion And Return With Payment ✂

Dear HAGLER,JERRY B,

We have received your letter claiming that your identity was stolen with respect to the account referenced above. We have placed your account in a "disputed" status while we investigate your claim. In order to assist us in our investigation, please send us the following information within 30 days :

1. An official police report detailing your claim
2. A signed and notarized Affidavit of Fraud (enclosed)

If we do not hear from you within 30 days, then your claim will be deemed withdrawn. In the meantime, the account information that we have on file for you is as follows:

HAGLER,JERRY B  
407 GWALTNEY DR  
DOTHAN AL 36303

| | |
|---|---|
| Previous Creditor: | HOUSEHOLD BANK |
| Current Balance: | $12,462.66 |
| Account Number: | 5407070009511701 |
| SSN: | 416744710 |
| Debtor #: | 4351705 |
| Charge-Off Date: | 04/30/2003 |
| Open Date: | 01/01/1992 |
| Additional Information: | UNION PLUS |

Very truly yours,

Palisades Collection, L.L.C.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

If you have recently filed a bankruptcy proceeding, please be aware that this letter is for informational purposes only. Please forward a copy of this letter to your counsel and/or the trustee, as appropriate, and refer them to a Palisades Collection, L.L.C. customer service representative at .

**EXHIBIT B**

Case 1:07-cv-00365-WKW-TFM   Document 1-3   Filed 04/30/2007   Page 1 of 3

| | | |
|---|---|---|
| Locator #  06-22252-0 | AV1 | Case #  CV-07-93 J |
| Date Prepared  January 31, 2007 | | |

# STATEMENT OF CLAIM

In The CIRCUIT COURT of HOUSTON COUNTY, Alabama

**Plaintiff**  Palisades Collection, LLC
**Address**  702 King Farm Blvd, Suite 500
Rockville, MD 20850-5775

**Defendant Address**  Jerry B Hagler
407 Gwaltney Dr
Dothan, Alabama 36303

**Attorney**  Zarzaur & Schwartz, PC
Post Office Box 11366
Birmingham, AL 35202
205/250-8437

**Additional Defendant Address**

**Additional Defendant Address**

**NOTICE TO EACH DEFENDANT**
**READ CAREFULLY**

YOU ARE BEING SUED IN THE ABOVE COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.
HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO ANSWER THIS COMPLAINT WITHIN 30 DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT

FILED
FEB 1 2 2007
Carla Woodall, Clerk
Houston County, AL

## COMPLAINT
### COUNT I

I. I claim that the defendant Jerry B Hagler owes the plaintiff the sum of $12,462.66 because: ACCOUNT STATED, plus $ 3,290.13 for interest    TOTAL   $ 15,752.79

Wherefore, Plaintiff claims the sum of $ 15,752.79 from each defendant plus court costs.

**VERIFICATION OF THE DEBT, THE NAME AND ADDRESS OF YOUR ORIGINAL CREDITOR, IF DIFFERENT FROM ABOVE, WILL BE PROVIDED TO YOU IN WRITING IF REQUESTED. THE DEBT WILL OTHERWISE BE CONSIDERED VALID. THE DEBT COLLECTOR IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Carla Woodall  BY:_____
Clerk
CLERK ADDRESS:  Circuit Court of HOUSTON County
Houston County Courthouse
Houston County Courthouse
Post Office Drawer 6406
Dothan, AL 36302

Naomi C Ivker (IVK001)
PHONE NO.   205/250-5404

06-22252-0 37.00

Case #

Plaintiff     Palisades Collection, LLC         Defendant     Jerry B Hagler
                                                              407 Gwaltney Dr
                                                              Dothan, Alabama 36303

## SUMMONS
## INSTRUCTIONS TO SHERIFF OR PROCESS SERVER

To Any Sheriff or Any Person Authorized By Rule 4.1(b)(1) or 4.1(b)(2) of the Alabama Rules of Civil Procedure Effect Service in the State of Alabama:

You are hereby commanded to serve this summons and a copy of the Statement of Claim in this action upon the named above and make proper return to this court.

Date Received _February 15, 2007_     _Carla Woodall_ _____ By:___
                                       Clerk

Served on the defendant(s) named _____

_____

By delivering a copy of the Summons and Statement of Claim to him in _____ C
Alabama.

Date Served _____     _____
                                        Process Server Signature

This service by Certified Mail of this Summons and Statement of Claim is initiated upon the request of
_____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

Date Requested _____     Date Mailed _____

Return Receipt Date _____     _____ By _____
                                                 Clerk

396930 CV 000093 2007
HAGLER, JERRY B
407 GWALTNEY DR
DOTHAN, 00000    Off Rebecca

06-22252-0 37.00