| Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7105 4522 6449 0057 4520 | A. Signature: The Corporation Company X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name): The Corporation Company  C. Date of Delivery: 5/1/07 |
| 1. Article Addressed to:<br><br>PALISADES COLLECTION, LLC.<br>C/O THE CORPORATION CO.<br>2000 INTERSTATE PARK DR.<br>STE. 204<br>MONTGOMERY, AL 36109<br><br>1:07CV365-WKW S+C | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES enter delivery address below: |
| | 3. Service Type: ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811                    Domestic Return Receipt