IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAGLER, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) )  CASE NO.: 1:07CV365-WKW |
| PALISADES COLLECTION, LLC., | ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY PROCEEDINGS

COMES NOW the Defendant, Palisades Collection, LLC, hereinafter "**PALISADES**," and files this its Motion to Dismiss or, in the Alternative, Motion to Stay Proceedings, in this case until a case pending in the Houston County Circuit Court can be concluded. In support of this motion and as grounds for said relief, Plaintiff would show this court as follows:

1. In paragraph 23 of the complaint filed by Plaintiff herein, Plaintiff admits that on February 12, 2007, Palisades filed a lawsuit in the Circuit Court of Houston County, Alabama, case number CV 2007-93, regarding the debt which is the subject of this action.

2. To date, there has been no final resolution of said case.

3. Defendant has alleged that the debt in this case is unenforceable due to various legal theories under Alabama law, including an expiration of the statute of limitations to enforce the debt. Furthermore, in the complaint filed in this case, Plaintiff infers that he may have other special or affirmative defenses to the payment of this debt.

4. Defendant would allege that if Defendant is able to prove its case in Houston County Circuit Court and is awarded a judgment in that case, that the allegations that Defendant has violated

the Fair Debt Collection Practices Act in the collection of this debt, would be moot and Plaintiff's claims herein would be resolved.

5. In the interest of judicial economy, Plaintiff would ask the court either dismiss this case without prejudice and allow Plaintiff to re-file its action at a later date in the event Plaintiff prevails in the pending Houston County action or, alternatively, that this court enter an order staying further proceedings in this case completely until there is a final resolution of the Houston County case referenced above and the appeal time on such resolution has expired for both parties. Plaintiff would ask for whatever other or additional relief to which it may be entitled.

Dated this the 11th day of June, 2007.

Respectfully submitted,

PARNELL & CRUM, P.A.

BY: /s/ Charles N. Parnell, III
CHARLES N. PARNELL, III (PAR016)
Attorney for Defendant

OF COUNSEL:
Parnell & Crum, P.A.
PO Box 2189
Montgomery, AL 36102-2189
334/832-4200

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the above to the following motion, this the 11th day of June, 2007.

Hon. David G. Poston
Attorney for Plaintiff
Post Office Drawer 311167
Enterprise, Alabama 36330

/s/ Charles N. Parnell, III
OF COUNSEL