IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAGLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:07-cv-365-WKW |
| ) | |
| PALISADES COLLECTION, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

By order dated June 14, 2007 (Doc. # 7), the defendant was required to file an answer or otherwise respond to the complaint on or before June 29, 2007. The defendant failed to comply with the order of the court. It is ORDERED that the defendant shall show cause in writing **on or before July 31, 2007**, why it should not be held in contempt for failure to comply with the orders of this court.

DONE this 18th day of July, 2007.

                                      /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE