**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**JERRY HAGLER,**

**Plaintiff,**

vs. **CASE NO.: 1:07-CV-365-WKW**

**PALISADES COLLECTION, LLC,**

**Defendant.**

**RESPONSE TO COURT'S ORDER DATED JULY 18, 2007**

**COMES NOW**, the Defendant, Palisades Collection, LLC, ("Palisades"), by and through its attorneys, Parnell & Crum, P.A., and hereby responds to the order entered by this court dated July 18, 2007. This order entered by the court on said date instructed counsel for Defendant to file an answer in the above referenced matter and also respond to the court why an answer was not filed by the deadline of June 29, 2007, as ordered by this court. Defendant has filed an answer in the above referenced matter which should properly respond to the allegations set forth in Plaintiff's complaint.

In reference to the lateness in filing and non compliance with the court's order, counsel for Defendant would respond to the court that it was unaware of this deadline entered in this matter. Counsel for Defendant has been out of the office for a significant period of time in the last two months due to health problems concerning counsel's wife. As soon as this file was reviewed, counsel has attempted to swiftly comply with the court's order and file the appropriate pleadings in this matter. Due to the time out of the office, mistake, oversight and inadvertence caused this deadline to be missed. Counsel for Defendant would request that this reason be viewed as a sufficient excuse for counsel to not be held in contempt of this Honorable Court.

Respectfully submitted on this the __30th__ day of July, 2007.

/s/ Charles N. Parnell, III
One of the Attorneys for Palisades (PAR016)

**OF COUNSEL**:
Charles N. Parnell, III (PAR016)
J. Matthew Parnell (PAR103)
**PARNELL & CRUM, P.A.**
P.O. Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the above to the following Answer this the __30th__ day of July, 2007.

Hon. David G. Poston
Attorney for Plaintiff
Post Office Drawer 311167
Enterprise, Alabama 36330

/s/ Charles N. Parnell, III
Of Counsel