IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAGLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:07-cv-365-WKW |
| | ) |
| PALISADES COLLECTION, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Counsel to defendant has notified (Doc. # 11) the court of his circumstances with respect to the order to show cause (Doc. # 9). The court finds that Defendant is in full compliance with the orders of the court.

DONE this 9th day of August, 2007.

          /s/  W. Keith Watkins
         UNITED STATES DISTRICT JUDGE