IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY HAGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-365-WKW |
| | ) | |
| PALISADES COLLECTION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Upon of review and consideration of Plaintiff's *Motion to Deem Facts Admitted* (Doc. 18, filed November 29, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **December 6, 2007**.

DONE this 29th day of November, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE