IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

Jerry Hagler )
 )
    Plaintiff, )
 )
v. ) CASE NO. 1:07-CV-365-WKW
 )
Palisades Collection, LLC )
 )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Palisades Collection, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Asta Funding, Inc. | Palisades Collection, LLC, is a subsidiary of 100% owned by Asta Funding, Inc., a publicly held corporation. |

12/6/2007
Date

/s/ Charles N. Parnell, III
(Signature)

Charles N. Parnell, III
(Counsel's Name)

Palisades Collection, LLC
Counsel for (print names of all parties)

P.O. Box 2189
Montgomery, AL  36102-2189
Address, City, State Zip Code

(334) 832-4200
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

### CERTIFICATE OF SERVICE

I, Charles N. Parnell, III, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th day of December 20 07, to:

Hon. Walter A. Blakeney

Attorney for Plaintiff

P.O. Drawer 311167

Enterprise, AL  36330

12/6/2007
Date

/s/ Charles N. Parnell, III
Signature