IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY HAGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO.: 1:07-CV-365-WKW |
| | ) | |
| PALISADES COLLECTION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO COURT'S ORDER DATED NOVEMBER 29, 2007

**COMES NOW**, the Defendant, Palisades Collection, LLC, ("Palisades"), by and through its attorneys, Parnell & Crum, P.A., and hereby responds to the order entered by this court dated November 29, 2007. This order entered by the court on said date instructed counsel for Defendant to respond as to why Plaintiff's motion to deem facts admitted should not be granted. Counsel for Defendant has now filed responses to the request for admissions by Plaintiff which should completely satisfy the discovery request of Plaintiff.

Counsel for Defendant would request this court to allow these responses and deny Plaintiff's motion to deem these facts admitted. Counsel for Defendant has been trying to work with Palisades on having all discovery propounded by Plaintiff answered completely and timely. The contact person at Palisades used by counsel at Parnell & Crum, P.A., changed and there was a period of time in which counsel was unable to obtain a response to correspondence and phone calls concerning this case. Recently, a new representative was hired by Palisades and he has been trying to familiarize himself with the facts of this case to knowledgeably respond to these request for admissions. This transition period has caused the delay in these responses being obtained and filed timely.

Also, counsel for Parnell & Crum was unsure if they would be retained as counsel in this matter once this Honorable Court denied Defendant's motion to dismiss or, in alternative, motion to stay the above referenced proceeding. As this court will recall, there was a case filed in the Circuit Court of Houston County, Alabama by Palisades Collection, LLC, against Defendant, Jerry B. Hagler. This Honorable Court denied counsel's motion to dismiss or stay the proceeding and counsel at Parnell & Crum believed that this case might be sent to counsel handling the state court case proceeding due to their intimate knowledge of the facts and circumstances surrounding this dispute. It was not until the new contact person at Palisades contacted counsel for Defendant, that counsel was aware that they would remain as attorney of record and handle this proceeding on behalf of Palisades Collection, LLC.

WHEREFORE, THE PREMISES CONSIDERED, counsel for Defendant, Palisades Collection, LLC, would ask that this Honorable Court deny Plaintiff's motion to deem facts admitted for the reasons stated above. Palisades would request whatever other or additional relief to which it may be entitled.

Respectfully submitted on this the __6th__ day of December, 2007.

/s/ Charles N. Parnell, III
One of the Attorneys for Palisades (PAR016)

**OF COUNSEL**:
Charles N. Parnell, III (PAR016)
J. Matthew Parnell (PAR103)
**PARNELL & CRUM, P.A.**
P.O. Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the above to the following Answer this the __6th__ day of December, 2007.

Hon. William A. Blakeney
Attorney for Plaintiff
Post Office Drawer 311167
Enterprise, Alabama 36330

                                                                /s/ Charles N. Parnell, III
                                                                 Of Counsel