IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JERRY HAGLER,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )          CASE NO. 1:07-cv-365-WKW
                                       )
PALISADES COLLECTION, LLC              )
                                       )
        Defendant.                     )

## ORDER

Pending before the Court is Plaintiff's *Motion to Deem Facts Admitted* (Doc. 18, filed

November 29, 2007) and Defendant's *Response to Court's Order Dated November 29,*

*2007* (Doc. 21, filed December 6, 2007).  It is, for good cause, **ORDERED** that the *Motion*

*to Deem Facts Admitted* (Doc. 18) is **DENIED**.

It appears that some of this problem could have been averted had there simply been

some communication between the parties.  Counsel for the plaintiff is advised that in the

future, he must first confer with opposing counsel prior to requesting Court intervention.

Counsel for the defendant is advised that in the future the Court will not be as lenient for a

failure to comply with deadlines.

DONE this 12th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE