IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JERRY HAGLER, ) | |
| ) | |
| PLAINTIFF, ) | CASE NUMBER: |
| ) | |
| VS. ) | 1:07-CV-365 |
| ) | |
| PALISADES COLLECTION, LLC., ) | **JURY DEMAND** |
| ) | |
| DEFENDANT. ) | |

### PLAINTIFF'S MOTION TO COMPEL

COMES NOW, the Plaintiff, Jerry Hagler, by and through the undersigned attorney, and moves this Honorable Court to compel the Defendant, Palisades Collection, LLC., to answer Interrogatories number one (1) through seventeen (17), and to produce documents or other requests as specified in the Request For Production number one (1) through sixteen (16). The Plaintiff previously propounded the Interrogatories and Request For Production effective October 8, 2007.

Pursuant to Fed. R. Civ. Proc. 37(a)(2)(A), the undersigned certifies that he has in good faith conferred, or attempted to confer, with the Defendant in an effort to obtain answers to the requested discovery. Specifically, the undersigned has corresponded with counsel for the Defendant on December 7, 2007, December 13, 2007, and December 20, 2007, regarding the aforementioned discovery.

WHEREFORE, the Plaintiff moves this Honorable Court to compel the Defendant to answer the requested Interrogatories previously propounded; to produce the requested documents and other items previously requested in the Plaintiff's Request For Production; and for all other relief that is just.

Respectfully submitted this ____ day of January, 2008.

BROCK & STOUT

*/s/ Walter A. Blakeney*
Walter A. Blakeney, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned hereby certify that I have this date served a copy of the foregoing upon Charles N. Parnell, III., Attorney for Defendant, Post Office Box 2189, Montgomery, Alabama 36102-2189, via United States Mail/postage prepaid and fully addressed *or* by electronic mail at cnparnell@parnellcrum.com this ____ day of January, 2008.

*/s/ Walter A. Blakeney*
Walter A. Blakeney, Esq.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JERRY HAGLER, ) | |
| ) | |
| PLAINTIFF, ) | CASE NUMBER: |
| ) | |
| VS. ) | 1:07-CV-365 |
| ) | |
| PALISADES COLLECTION, LLC., ) | **JURY DEMAND** |
| ) | |
| DEFENDANT. ) | |

**CERTIFICATION OF EFFORT TO RESOLVE DISCOVERY DISPUTE**

In accordance with Fed. R. Civ. Proc. 37(a)(2)(A), I certify that a reasonable effort has been made to obtain the requested outstanding discovery.

On October 8, 2007, Plaintiff's counsel served Defendant's counsel with Plaintiff's First Request For Admission, Request For Production, and Interrogatories.

On December 6, 2007, the Defendant provided the Plaintiff with responses to the Plaintiff's Request For Admission. At that time, the Defendant did not provide responses to either the Plaintiff's Requests For Production or Interrogatories.

On December 7, 2007, Plaintiff's counsel sent a letter to the Defendant's counsel, via facsimile and United States Mail, asking that Defendant's counsel submit Defendant's responses to Plaintiff's Interrogatories and Request For Production, or advise Plaintiff's counsel as to when those responses would be provided. The December 7, 2007, letter is attached hereto as Exhibit "1."

On December 13, 2007, Plaintiff's counsel sent an additional letter to Defendant's counsel, via facsimile and United States Mail, requesting an update on the status of the Defendant's responses and asking Defendant's counsel to contact Plaintiff's counsel to discuss the matter further. The December 13, 2007, letter is attached hereto as Exhibit "2."

On December 20, 2007, Plaintiff's counsel sent a letter to Defendant's counsel, via facsimile and United States Mail, again requesting Defendant's counsel contact Plaintiff's counsel to discuss the matter. The December 20, 2007, correspondence further stated that if the Defendant's counsel did not contact Plaintiff's counsel by December 31, 2007, the Plaintiff's counsel intended to file a Motion To Compel Defendant's responses. The December 20, 2007, letter is attached hereto as Exhibit "3."

As of January 4, 2008, Defendant's counsel has failed to communicate with the Plaintiff in order to attempt to discuss the status of this matter. With no alternative remaining, Plaintiff's counsel petitions this Honorable Court to compel the Defendant to produce the outstanding responses to the Plaintiff's discovery requests.

Respectfully submitted,

BROCK & STOUT

/s/ Walter A. Blakeney
Walter A. Blakeney, Esq.
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Charles N. Parnell, III., Attorney for Defendant, Post Office Box 2189, Montgomery, Alabama 36102-2189, via United States Mail, postage prepaid and fully addressed *or* by electronic mail at cnparnell@parnellcrum.com this ____ day of January, 2008.

/s/ Walter A. Blakeney
Walter A. Blakeney

**EXHIBIT "1"**

LAW OFFICES OF
# BROCK & STOUT

MICHAEL D. BROCK

GARY W. STOUT

QUINN E. BROCK

**Mailing Address:**
POST OFFICE DRAWER 311167
ENTERPRISE, ALABAMA 36331-1167
TEL: (334) 393-4357
FAX: (334) 671-2689

<u>Consumer Law Division</u>

DAVID G. POSTON

WALTER A. BLAKENEY

December 7, 2007

**<u>VIA FACSIMILE & U.S. MAIL</u>**
(334) 293-3550

Charles N. Parnell, III.
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189

    RE:    HAGLER V. PALISADES COLLECTION, LLC.

Dear Mr. Parnell:

    My office received the Defendant's responses to the Plaintiff's Request for Admission via facsimile and email yesterday. My office has still not received the Defendant's responses to the Plaintiff's Interrogatories and Requests For Production. Please advise as to when these responses will be provided to my office. If you have any questions or comments, please feel free to contact me at your convenience.

                      Sincerely,

                      Walter A. Blakeney

WAB/car

```
 *  *  *   Transmission Result Report (Memory TX) ( Dec. 7. 2007  2:34PM ) *  *  *
                                                                    1)
                                                                    2)  Brock & Stout
```

Date/Time: Dec. 7. 2007  2:33PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5097 | Memory TX | 13342933550 | P. 2 | OK | |

```
Reason for error
    E.1) Hang up or line fail              E.2) Busy
    E.3) No answer                         E.4) No facsimile connection
```

LAW OFFICES OF
# BROCK & STOUT

MICHAEL D. BROCK

GARY W. STOUT

QUINN E. BROCK

Mailing Address:
POST OFFICE DRAWER 311167
ENTERPRISE, ALABAMA 36331-1167
TEL: (334) 393-4357
FAX: (334) 671-2689

**Consumer Law Division**

DAVID G. POSTON

WALTER A. BLAKENEY

### FACSIMILE COVER PAGE

TO: Charles N. Parnell, III.

BUSINESS OR FIRM NAME: Parnell & Crum, P.A.

NUMBER SENT TO: (334) 293-3550

DATE: 12/7/07

FROM: Christal Robertson

RE: Hagler v. Palisades Collection

NUMBER OF PAGES INCLUDING THIS ONE: 2

COMMENTS: _____

This is a transmission from the law firm of Brock & Stout, LLC., and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (334) 671-5555. The contact information is only for the purpose of contacting the sender and does not constitute the signature of the sender nor does it indicate the acceptance or agreement of the sender to the contents thereof.

Dothan Location: 100 Parkwest Circle • Suite 1 • Dothan, Alabama 36303-3069
Email: david@circlecitylaw.com • walter@circlecitylaw.com

**EXHIBIT "2"**

LAW OFFICES OF
# BROCK & STOUT

MICHAEL D. BROCK

GARY W. STOUT

QUINN E. BROCK

**Mailing Address:**
POST OFFICE DRAWER 311167
ENTERPRISE, ALABAMA 36331-1167
TEL: (334) 393-4357
FAX: (334) 671-2689

<u>Consumer Law Division</u>

DAVID G. POSTON

WALTER A. BLAKENEY

December 13, 2007

**VIA FACSIMILE & U.S. MAIL**
(334) 293-3550

Charles N. Parnell, III.
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189

    RE:    HAGLER V. PALISADES COLLECTION, LLC.

Dear Mr. Parnell:

    My office has yet to receive the Defendant's responses to the Plaintiff's Interrogatories and Request For Production in the above-styled case. I previously corresponded with you on December 7, 2007, requesting an update on the status of these responses. To date, I have not received any word from your office as to when the Defendant's responses will be provided. Please contact me to discuss this matter further as soon as possible.

                        Sincerely,

                        Walter A. Blakeney

WAB/car

P. 1

\* \* \* Transmission Result Report(MemoryTX) ( Dec.13. 2007 4:23PM ) \* \* \*

1) Brock & Stout
2)

Date/Time: Dec.13. 2007  4:23PM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 5152 Memory TX | 13342933550 | P. 2 | OK | |

Reason for error
 E.1) Hang up or line fail       E.2) Busy
 E.3) No answer                   E.4) No facsimile connection

---

LAW OFFICES OF
# BROCK & STOUT

MICHAEL D. BROCK

GARY W. STOUT

QUINN E. BROCK

**Mailing Address:**
POST OFFICE DRAWER 311167
ENTERPRISE, ALABAMA 36331-1167
TEL: (334) 393-4357
FAX: (334) 671-2689

**Consumer Law Division**

DAVID G. POSTON

WALTER A. BLAKENEY

## FACSIMILE COVER PAGE

TO: Charles N. Parnell, III.

BUSINESS OR FIRM NAME: _____

NUMBER SENT TO: (334) 293-3550

DATE: 12/13/07

FROM: Christal Robertson

RE: Hagler v. Palisades Collection

NUMBER OF PAGES INCLUDING THIS ONE: 2

COMMENTS: _____

This is a transmission from the law firm of Brock & Stout, LLC., and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (334) 671-5555. The contact information is only for the purpose of contacting the sender and does not constitute the signature of the sender nor does it indicate the acceptance or agreement of the sender to the contents thereof.

Dothan Location: 200 Parkwest Circle • Suite 1 • Dothan, Alabama 36303-3069
Email: david@circlecitylaw.com • walter@circlecitylaw.com

**EXHIBIT "3"**

LAW OFFICES OF
# BROCK & STOUT

MICHAEL D. BROCK

GARY W. STOUT

QUINN E. BROCK

**Mailing Address:**
POST OFFICE DRAWER 311167
ENTERPRISE, ALABAMA 36331-1167
TEL: (334) 393-4357
FAX: (334) 671-2689

<u>Consumer Law Division</u>

DAVID G. POSTON

WALTER A. BLAKENEY

December 20, 2007

**<u>VIA FACSIMILE & U.S. MAIL</u>**
(334) 293-3550

Charles N. Parnell, III.
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189

  RE: HAGLER V. PALISADES COLLECTION, LLC.

Dear Mr. Parnell:

  Our office has still not received the Defendant's responses to the Plaintiff's Interrogatories and Request For Production served on or about October 8, 2007. I have previously sent letters via facsimile and United States mail on December 7, 2007, and December 13, 2007, requesting an update on the status of these responses. To date, I have not received any word from your office regarding this matter. I will be in the office the remainder of this week and would appreciate the opportunity to speak with you regarding the Defendant's responses.

  If I have not heard from your office by December 31, 2007, I intend to a file a Motion To Compel the Defendant's responses in this case. Included with the motion will be a copy of this letter as well as my prior correspondence dated December 7, 2007, and December 13, 2007. Please contact me as soon as possible so we can avoid Court intervention.

              Sincerely,

              Walter A. Blakeney

WAB/car

```
* * * Transmission Result Report(MemoryTX) ( Dec.20. 2007 12:25PM ) * * *
                                                             1) Brock & Stout
                                                             2)
Date/Time: Dec.20. 2007 12:24PM

File                                                                              Page
No.  Mode          Destination                   Pg(s)      Result              Not Sent
--------------------------------------------------------------------------------------
5221 Memory TX     13342933550                   P.  2      OK


    Reason for error
       E.1) Hang up or line fail              E.2) Busy
       E.3) No answer                         E.4) No facsimile connection
```

LAW OFFICES OF
# BROCK & STOUT

MICHAEL D. BROCK  
GARY W. STOUT  
QUINN E. BROCK

Mailing Address:  
POST OFFICE DRAWER 311167  
ENTERPRISE, ALABAMA 36331-1167  
TEL: (334) 393-4357  
FAX: (334) 671-2689

**Consumer Law Division**

DAVID G. POSTON  
WALTER A. BLAKENEY

**FACSIMILE COVER PAGE**

TO: Charles N. Parnell, III.

BUSINESS OR FIRM NAME: Parnell & Crum, P.A.

NUMBER SENT TO: (334)293-3550

DATE: 12/20/07

FROM: Christal Robertson

RE: Hagler v. Palisades Collection

NUMBER OF PAGES INCLUDING THIS ONE: 2

COMMENTS: _____

This is a transmission from the law firm of Brock & Stout, LLC., and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (334) 671-5555. The contact information is only for the purpose of contacting the sender and does not constitute the signature of the sender nor does it indicate the acceptance or agreement of the sender to the contents thereof.

Dothan Location: 200 Parkwest Circle • Suite 1 • Dothan, Alabama 36303-3069  
Email: david@circlecitylaw.com • walter@circlecitylaw.com