IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERY HAGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-365-WKW |
| ) | |
| PALISADES COLLECTION, LLC ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon of review and consideration of Plaintiff's *Motion to Compel* (Doc. 25, filed January 4, 2008), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **January 14, 2008**.

DONE this 7th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE