**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JERRY HAGLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.: 1:07-CV-365-WKW** |
| | ) | |
| **PALISADES COLLECTION, LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## RESPONSE TO COURT'S ORDER OF JANUARY 7, 2008

COMES NOW Palisades Collection, LLC, by and through its attorney of record, and files the following response as requested by this Honorable Court to its order of January 7, 2008:

1.    Counsel for Defendant has requested all necessary information from its client to respond to Plaintiff's interrogatories and requests for production of document. Counsel for Defendant has not yet received that information from its client or else this discovery would have been answered promptly.

2.    Defendant, Palisades Collection, LLC, has recently changed the attorney manager who is responsible for claims in which Palisades is the Defendant. This change was made in late 2007 as the prior manager was not responding to requests from the Palisades attorney network such as the one made for documentation in this case by counsel for Defendant. The new manager is trying to get up to speed and respond to these types of request promptly and is in the process of doing so. The information requested by Plaintiff has been ordered and will be made available as soon as it is received.

3.    Counsel for Defendant has tried to indicate that it would like a chance to discuss settlement of this case without the need for further litigation. This is still a relatively new case and this matter was just recently resolved concerning the litigation that was pending between Palisades and Mr. Hagler in the Circuit Court of Houston County, Alabama. Once that case was resolved, Defendant is now in a better position to hopefully resolve the above referenced litigation with a mutual settlement agreement.

4.    Defendant would request that this motion to compel be denied to allow counsel for

Defendant the opportunity to receive the necessary documentation and responses from Defendant and answer the discovery from Plaintiff accordingly. Should this motion to compel be denied as Defendant's counsel is requesting, counsel will also attempt to resolve this case as quickly as possible to avoid further litigation with this Honorable Court.

WHEREFORE, THE PREMISES CONSIDERED, Defendant would request that Plaintiff's motion to compel be denied and a brief extension of time granted to allow Defendant to obtain the necessary documentation and have the discovery responses answered within that period of time. Counsel for Defendant will also actively engage in settlement negotiations now that the sister case in Alabama state court has been resolved to attempt to settle the above referenced litigation and render further proceedings in this matter moot. Defendant would request whatever other additional relief to which it may be entitled.

Respectfully submitted,
PARNELL & CRUM, P.A.


___/s/ Charles N. Parnell, III_____
By:    CHARLES N. PARNELL, III
       Attorney for Defendant

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid in the U.S. mail an exact copy of the foregoing response to the following parties, this the ___14th___ day of January, 2008.

Hon. Walter A. Blakeney
Attorney for Plaintiff
Post Office Drawer 311167
Enterprise, Alabama 36330


___/s/ Charles N. Parnell, III_____
OF COUNSEL