IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY HAGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-365-WKW |
| | ) | |
| PALISADES COLLECTION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion to Compel* (Doc. 25, filed January 4, 2008) and Defendant's *Response to Court's Order Dated January 7, 2008* (Doc. 27, filed January 14, 2008). After a review of the motion and response, it is, for good cause, **ORDERED** that the *Motion to Compel* (Doc. 25) is **GRANTED**.

Counsel for the defendant was previously advised by the Court that it would not be as lenient for a failure to comply with deadlines. *See* Doc. 24, Order. While the Court appreciates the problems outlined in Defendant's response, the fact remains that the responses are now over two months late. As such, the discovery requested shall be propounded **on or before January 25, 2008**.

Additionally, all counsel are reminded of Local Rule 37.1 which requires the discovery at issue should be attached to the motions.

DONE this 15th day of January, 2008.

      /s/Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE