IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0365-WKW |
| ) | |
| PALISADES COLLECTION, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

It is ORDERED that the Plaintiff's Motion for Default Judgment (Doc. # 29) is referred to Magistrate Judge Terry F. Moorer for appropriate proceedings and recommendation.

DONE this 20th day of February, 2008.

                                                /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE