IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAGLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-365-WKW |
| | ) |
| PALISADES COLLECTION, LLC | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon of review of Plaintiff's *Motion for Default Judgment* (Doc. 29, filed February 1, 2008) and the failure of Defendant to comply with this Court's Order (Doc. 28), it is hereby **ORDERED** that the motion be submitted without oral argument on **March 12, 2008.**

It is further **ORDERED** that Defendants file a response which shall include a brief and evidentiary materials on or before **March 5, 2008**. Plaintiff may file a reply brief on or before **March 12, 2008**.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

In addition, Plaintiff makes a request for costs and attorney fees related to Defendant's failure to cooperate in discovery. Under Fed. R. Civ. P. 37(a)(5), Plaintiff shall be entitled

to reasonable expenses incurred in making the motion to compel and related pleadings. Plaintiff is **DIRECTED** to file a separate Motion for Attorney's fees including hourly rate, hours expended, and supporting affidavits. The motion shall be filed **on or before March 5, 2008**. Defendant may file a response **on or before March 12, 2008**.

    DONE this 20th day of February, 2008.

                            /s/Terry F. Moorer
                            TERRY F. MOORER
                            UNITED STATES MAGISTRATE JUDGE