IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:07-cv-365-WKW |
| ) | |
| PALISADES COLLECTION, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND DATES SPECIFIED
IN SCHEDULING ORDER**

COMES NOW Palisades Collection, LLC, by and through its attorney of record, Parnell & Crum, and files this motion requesting an extension of the dates outlined in this Honorable Court's Order of February 20, 2008. In support thereof, Palisades Collection, LLC, would show this court as follows:

1. Counsel for Defendant, J. Matthew Parnell, will be out of the office the remainder of the week from Tuesday, March 4, 2008, through Friday, March 7, 2008, for the birth of his second child. A brief pertaining to the motion for entry of default judgment by Plaintiff was requested of counsel for Defendant on or before March 5, 2008. Due to the personal conflict of counsel for Defendant, would request and extension of fifteen (15) days for the brief to be filed. Counsel for Defendant would then request that Plaintiff have the seven (7) days allowed in the original order provided to respond to Defendant's brief. Counsel for Plaintiff, Walter A. Blakeney, would also request that the deadlines for Plaintiff's Motion for Attorney's fees be continued fifteen (15) days as well. The parties would also ask that seven (7) days be allowed after said brief is filed for counsel for Defendant to file a response brief. Counsel for Plaintiff would request this extension for the purposes of keeping these dates consistent to avoid confusion and keep the briefing deadlines on the same schedule.

2. Counsel for Defendant and counsel for Plaintiff, Walter A. Blakeney, have discussed this matter concerning the possibility of a mutual settlement. Counsel for Defendant has requested

for certain information concerning attorney's fees to be produced so that this matter can possibly be settled in full within the fifteen (15) day extension requested above. Should the parties be able to settle this matter the briefs requested by the court would be rendered moot and time and resources of the court would thereby be conserved.

    3.    Counsel for Plaintiff, Walter A. Blakeney, has no objection to the extension of time requested by counsel for Defendant. The parties agreed that fifteen (15) days would be requested should the court view this motion for extension of time favorably.

    WHEREFORE, THE PREMISES CONSIDERED, Defendant, Palisades Collection, LLC, would request an extension of time concerning the brief deadlines contained in the court's order of February 20, 2008, for a period of fifteen (15) days for the reasons stated above. Counsel would request whatever other additional relief to which it may be entitled.

                      Respectfully submitted,

                      /s/ J. Matthew Parnell
                      J. MATTHEW PARNELL
                      Attorney for Defendant

OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing motion to the following parties, this the 3rd day of March, 2008.

    Hon. Walter A. Blakeney
    Attorney for Plaintiff
    Post Office Drawer 311167
    Enterprise, Alabama 36330

                      /s/ J. Matthew Parnell
                      OF COUNSEL