IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY HAGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cv-365-WKW |
| | ) | |
| PALISADES COLLECTION, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of Defendant's unopposed *Motion to Extend Dates Specified in Scheduling Order* (Doc. 32, filed March 3, 2008), it is hereby

**ORDERED** that the *Motion* is **GRANTED,** and that the schedule set forth in this Court's *Order* (Doc. 31, entered February 20, 2008) be amended as follows:

(1) Defendant' response to Plaintiff's *Motion for Default Judgment* (Doc. #29) shall be filed on or before **March 20, 2008**. Plaintiff may file a reply brief on or before **March 27, 2008.**

(2) Plaintiff's request for attorney's fees shall be filed **on or before April 4, 2008**. Defendant may file a response **on or before April 11, 2008**.

DONE this 4th day of March, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE