IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JERRY HAGLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 1:07-CV-365-WKW |
| ) | |
| PALISADES COLLECTION, LLC., ) | **JURY DEMAND** |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO STAY PROCEEDINGS

COME NOW, the Plaintiff, Jerry Hagler, and the Defendant, Palisades Collection, LLC., and respectfully move this Honorable Court to grant this Joint Motion to Stay Proceedings pending the finalization of settlement efforts. The parties are currently finalizing a settlement agreement recently reached between the parties.

WHEREFORE, the parties respectfully request this Honorable Court in this matter in order to permit the parties sufficient time in order to conclude this settlement and resolve this dispute.

Respectfully submitted this **4**$^{th}$ day of April, 2008.

| | |
|---|---|
| BROCK & STOUT, LLC. | PARNELL & CRUM, P.A. |
| | |
| */s/ Walter A. Blakeney* | */s/ J. Matthew Parnell* |
| Walter A. Blakeney, Esq. | J. Matthew Parnell, Esq. |
| Post Office Drawer 311167 | Post Office Box 2189 |
| Enterprise, Alabama 36331 | Montgomery, Alabama 36102 |
| (334) 671-5555 | (334) 832-4200 |
| (334) 671-2689 Facsimile | (334) 293-3550 Facsimile |
| Email: christal@circlecitylaw.com | Email: rrader@parnellcrum.com |
| | |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Jerry Hagler* | *Palisades Collection, LLC.* |

1