IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY HAGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-0365-WKW |
| | ) | |
| PALISADES COLLECTION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It having come to the court's attention that the parties have resolved this case, it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before May 2, 2008**.  Furthermore, it is ORDERED that all other deadlines in this case are CONTINUED generally and that the Joint Motion to Stay Proceedings (Doc. # 34) is DENIED as MOOT.

DONE this 16th day of April, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE