IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JERRY HAGLER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CASE NO.: 1:07-CV-365-WKW |
| PALISADES COLLECTION, LLC., | ) ) | **JURY DEMAND** |
| Defendant. | ) ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff, Jerry Hagler, and the Defendant, Palisades Collection, LLC., by and through their undersigned attorneys of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the above-styled case be dismissed, with prejudice, such dismissal to operate as a dismissal with prejudice of all the claims asserted in this case and any other known claims, raised, or which could have been raised in this case by the Plaintiff or the Defendant, or otherwise, with regard to the subject matter herein, with each party to bear their own costs.

Dated this **2nd** day of May, 2008.

| | |
|---|---|
| */s/ Walter A. Blakeney* | */s/ J. Matthew Parnell* |
| Walter A. Blakeney, Esq. | J. Matthew Parnell, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| BROCK & STOUT, LLC. | PARNELL & CRUM, P.A. |
| 807 E. Lee Street | 641 S. Lawrence St. |
| Post Office Drawer 311167 | Post Office Box 2189 |
| Enterprise, Alabama 36331 | Montgomery, Alabama 36102 |
| (334) 671-5555 | (334) 832-4200 |