IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAGLER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-0365-WKW |
| ) | |
| PALISADES COLLECTION, LLC, ) | |
| ) | |
|     Defendant. ) | |

## **ORDER**

Upon consideration of the parties' joint Stipulation for Dismissal with Prejudice (Doc. # 36), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 5th day of May, 2008.

                                           /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE